Case: 1:25-mj-00275
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 12/2/2025
Description: COMPLAINT W/ARREST WARRANT

## **STATEMENT OF FACTS**

I am a Special Agent of the United States Capitol Police ("USCP"). I make this affidavit in support of a criminal complaint because there is probable cause to believe that BRITT THOMAS BRADEN committed a violation of 18 U.S.C. § 930(a) (Unlawful Possession of a Firearm in a Federal Facility) in the District of Columbia.

This affidavit is presented for the sole purpose of establishing probable cause. It does not represent the totality of facts known to me and other investigators involved in this case. Because I was not at the scene when the defendant was arrested, this affidavit is based on my investigation, which included speaking with or reading reports written by or reviewing camera footage from other investigators who have person knowledge of the events described.

Based on my investigation, I learned the following: On December 1, 2025, at approximately 3:19 p.m., near 100 Constitution Ave Northeast, Washington, DC 20510 in the District of Columbia, the defendant entered the Dirksen Senate Office Building while in possession of a firearm, specifically a Sig Sauer P365 handgun bearing serial number 66G202373.

As the defendant entered the Dirksen Building, he approached building security for an administrative search. The defendant placed a bag into an x-ray machine.

 

*Photographs depicting the defendant entering the Dirksen Building with the bag slung over his shoulder (left) and placing the bag on the x-ray machine belt (right)*

USCP Officer Elijah Midgley, who was working at the x-ray machine observed on the machine's screen what appeared to be a firearm inside of the defendant's bag. Additionally, computer software on the x-ray machine alerted to ammunition inside of the bag.



*A still image from the x-ray machine depicting the firearm in the defendant's bag*

Officer Midgley halted screening and opened the bag. Upon opening the bag, Officer Midgley observed the slide of a firearm in a holster within the bag.



*A photograph depicted the location of the firearm inside the defendant's bag*

Officer Midgley asked the individual who had passed through the x-ray machine immediately before the defendant if the bag was his. That individual denied ownership of the bag. At that point, the defendant volunteered to Officer Midgley that the bag belonged to him.

Officer Midgley asked the defendant whether he was a law enforcement officer, and the defendant responded that he was not. Officer Midgley then asked the defendant whether he had a D.C. carry permit, to which the defendant responded that he did.

Officer Midgley then placed the bag back into the x-ray machine and had the defendant step through the magnetometer. After stepping through the magnetometer without any alerts, the defendant was placed in handcuffs.

After the defendant was placed in handcuffs, the defendant stated, "oh my gosh." He later told Officer Midgley, in sum and substance, that "I was travelling, that I put the gun in one of my bags, and forgot that it was in there." During processing, the defendant further told Officer Midgley, in sum and substance that "I did not want to leave the bag in the car since we were parking on the street."

The USCP Crime Scene Search Unit subsequently searched the bag and discovered a firearm inside, specifically a Sig Sauer P365 bearing serial number 66G202373. The firearm had an ammunition feeding device attached, which was capable of holding 14 rounds. The ammunition feeding device contained 14 rounds of 9mm ammunition. There was also a round in the chamber of the firearm.



*Photographs depicting the firearm and ammunition recovered from the defendant's bag*

I know from my training and experience that the Dirksen Senate Office Building is a building owned or leased by the Federal Government, where Federal employees are regularly present for the purpose of performing their official duties.

Based on the facts contained in this affidavit, there is probable cause to believe the following: On or about December 1, 2025, in the District of Columbia, the defendant, BRITT THOMAS BRADEN, unlawfully possessed a firearm within a federal facility, in violation of 18 U.S.C. § 930(a).

_____
SPECIAL AGENT ARI DEMBNER
United States Capitol Police

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on December 2, 2025.

_____
THE HONORABLE MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE