**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:25-mj-00275-MAU** |
| | : | |
| **v.** | : | |
| | : | |
| **BRITT THOMAS BRADEN,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION TO WITHDRAW COMPLAINT AND QUASH ARREST WARRANT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to withdraw the Complaint and quash the Arrest Warrant in the above-captioned matter.

1. On December 1, 2025, the defendant was arrested for probable cause in the District of Columbia.

2. On December 2, 2025, a criminal complaint was signed by the Honorable Moxila A. Upadhyaya, United States Magistrate Judge, charging the defendant with Unlawful Possession of a Firearm in a Federal Facility, in violation of 18 U.S.C. § 930(a), and the Court issued an arrest warrant for the defendant.

3. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Government requests the Court to withdraw the Complaint without prejudice and to quash the Arrest Warrant.

4.      Accordingly, the Government respectfully requests that the defendant be released from custody as soon as possible.

                              Respectfully submitted,

                              JEANINE FERRIS PIRRO
                              United States Attorney

By:    */s/ Brendan M. Horan*
        BRENDAN M. HORAN
        Special Assistant United States Attorney
        N.Y. Bar No. 5302294
        U.S. Attorney's Office
        601 D Street, N.W.
        Washington, DC 20530
        (202) 730-6871
        Brendan.Horan@usdoj.gov