AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID 11895345

**RECEIVED**
By USMS District of Columbia District Court at 10:40 am, Dec 03, 2025

United States of America
v.
Britt Thomas Braden

*Defendant*

)
)    Case: 1:25-mj-00275
)    Assigned To: Judge Upadhyaya, Moxila A.
)    Assign. Date: 12/2/2025
)    Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Britt Thomas Braden ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 930(a) (Unlawful Possession of a Firearm in a Federal Facility).

Date: 12/02/2025

*Issuing officer's signature*

City and state:    Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/3/25 , and the person was arrested on *(date)* 12/2/2025
at *(city and state)* Washington DC.

Date: 12/03/2025

*Arresting officer's signature*

D. Stallman - DUSM
*Printed name and title*